[No. 20341-3-II.    Division Two.    May 22, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DALE
LAWRENCE THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 95-1-01549-2, Edwin L. Poyfair, J., entered
February 2, 1996. *Affirmed* by unpublished opinion per
Morgan, J., concurred in by Bridgewater, A.C.J., and Arm-
strong, J.

[No. 21050-9-II.    Division Two.    May 22, 1998.]

*In the Matter of the Marriage of* BARBARA RADOCHONSKI,
*Appellant*, and ANTHONY RADOCHONSKI, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 94-3-06428-1, Rosanne Buckner, J., entered
July 19, 1996. *Reversed* by unpublished opinion per Arm-
strong, J., concurred in by Morgan and Seinfeld, JJ.

[No. 21138-6-II.    Division Two.    May 22, 1998.]

*In the Matter of the Marriage of* TRUDY G. HARTSTROM,
*Respondent*, and JAMES B. HARTSTROM, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis
County, No. 94-3-00240-8, H. John Hall, J., entered August
14, 1996. *Affirmed* by unpublished opinion per Houghton,
C.J., concurred in by Bridgewater and Hunt, JJ.